DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada Bar No. 2137
CHANTAL R. JENKINS
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA 94105
(415) 977-8931
chantal.jenkins@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| MARTI ECKLOFF, | ) | Case No. 2:17-cv-01049-RFB-PAL |
| | ) | |
| Plaintiff, | ) | **UNOPPOSED MOTION FOR** |
| | ) | **EXTENSION OF TIME** |
| v. | ) | |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant, | ) | |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Motion for Reversal and/or Remand from November 13, 2017 to December 13, 2017. Defendant's counsel requests this additional time to further evaluate the merits of this case and determine whether settlement is appropriate.

Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion, on November 13, 2017.

Respectfully submitted this 13th day of November 2017.

1

DANIEL G. BOGDEN
United States Attorney


*/s/ Chantal R. Jenkins*
CHANTAL R. JENKINS
Special Assistant United States Attorney

OF COUNSEL:

DEBORAL LEE STACHEL
Regional Chief Counsel, Region IX

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 20, 2017

## CERTIFICATE OF SERVICE

I, Chantal R. Jenkins, certify that the following individual was served with a copy of the UNOPPOSED MOTION FOR EXTENSION OF TIME on the date and via the method of service identified below:

**CM/ECF:**

**Jenna Barson**
Shook & Stone, Chtd.
710 S. Fourth St.
Las Vegas, NV 89101
702-385-2220
Fax: 702-384-0394
Email: jbarson@shookandstone.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Leonard H Stone**
Shook & Stone Chtd.
710 S. Fourth St.
Las Vegas, NV 89101-
702-385-2220
Fax: 702-384-0394
Email: lstone@shookandstone.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Dated this 13th day of November 2017.

                                           */s/ Chantal R. Jenkins*
                                           CHANTAL R. JENKINS
                                           Special Assistant United States Attorney