# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Marti Eckloff

            Plaintiff,

v.

Nancy A. Berryhill

            Defendant.

**JUDGMENT FOR ATTORNEY FEES IN A CIVIL CASE**

Case Number: 2:17-cv-01049-RFB-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that the Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of $2,973.77. This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. §406, subject to the offset provisions of the EAJA.

| | |
|---|---|
| 8/30/2019 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ S. Denson |
| | Deputy Clerk |