AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

MARTI ECKLOFF,

               Plaintiff,

v.

ANDREW SAUL,
Commissioner of Social Security,

               Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:17-cv-01049-RFB-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

The Court awards $18,633.75 in attorney fees and costs pursuant to 42 U.S.C. § 406(b). The fee shall be made payable to Plaintiff's counsel, Shook & Stone. Leonard Stone shall also refund $2,973.77, EAJA fees previously paid, to Plaintiff.

6/16/2021
Date

DEBRA K. KEMPI
Clerk

/s/ D. Reich-Smith
Deputy Clerk